No. 899. OHIO EX REL. SIBARCO CORP. ET AL. *v.* CITY OF BEREA ET AL. Sup. Ct. Ohio. Certiorari denied. *Sanford W. Likover* for petitioners. *George I. Meisel* for respondents.

No. 903. HENRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 909. LIMPERIS, TRUSTEE IN BANKRUPTCY *v.* A. J. ARMSTRONG Co., INC. C. A. 7th Cir. Certiorari denied. *William S. Collen* for petitioner. *Norman H. Nachman* and *Joseph Stein* for respondent.

No. 937. BROWN ET AL. *v.* STERLING ALUMINUM PRODUCTS CORP. C. A. 8th Cir. Certiorari denied. *Jerome J. Duff* for petitioners. *Daniel Bartlett* and *William Stix* for respondent.

No. 946. WOODY ET AL. *v.* STERLING ALUMINUM PRODUCTS, INC., ET AL. C. A. 8th Cir. Certiorari denied. *Jerome J. Duff* for petitioners. *Daniel Bartlett* and *William Stix* for Sterling Aluminum Products, Inc., and *Donald S. Siegel* for International Association of Machinists et al., respondents.

No. 987. PORTER ET AL. *v.* PORTER. Sup. Ct. Ariz. Certiorari denied. *Daniel Cracchiolo* and *Frank W. Beer* for petitioners.